### Morgan v. Morgan.

GILBERT, J. The evidence being conflicting, the judge did not ·abuse his discretion in allowing as temporary alimony the sum awarded to the plaintiff for her support and for counsel fees.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent because of sickness.*

No. 2910.  MARCH 18, 1922.

Temporary alimony. Before Judge Littlejohn. Macon superior court.  September 26, 1921.

*Jere M. Moore,* for plaintiff in error. *Jule Felton,* contra.